# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEDRICK BUTLER

NO. 2020 KW 0002

FEB 2 7 2020

---

In Re:     Dedrick Butler, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 07-18-0511.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.**

                              **VGW**
                              **JMG**
                              **WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.